IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROGER LEON BARLOW, :
    Petitioner, : CIVIL ACTION
     :
v. :
     : No. 17-5611
MARK GARMAN *et al.*, :
    Respondents. :

## O R D E R

**AND NOW**, this 29th day of March, 2018, upon consideration of Petitioner Roger Leon Barlow's Petition for Writ of Habeas Corpus (Doc. No. 1), and the Respondents' response thereto (Doc. No. 4), and upon review of the Report & Recommendation of U.S. Magistrate Judge Marilyn Heffley (Doc. No. 6), it is hereby **ORDERED** that:

1. The Report & Recommendation (Doc. No. 6) is **APPROVED** and **ADOPTED**;

2. Mr. Barlow's Petition for Writ of Habeas Corpus is **DENIED**; and

3. The Clerk of the Court shall mark this case **CLOSED** for all purposes, including statistics.[1]

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Barlow did not file any timely objection to the Report & Recommendation. In any event, the Court's independent review of the record and the parties' filings reveals that Magistrate Judge Heffley's reasoning and conclusion are correct, and that Mr. Barlow's Petition lacks merit.